**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

VINCENT E. CUMMINGS, for himself and　　　　　　　　　　　　　　　　　PLAINTIFF
all Arkansas residents similarly situated

v.　　　　　　　　　　　　　　　NO. 4:14CV00540 JLH

UNIFUND CCR PARTNERS　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

This action is hereby stayed until the Arkansas Supreme Court decides *Earls v. Harvest Credit Mgmt. VI-B, LLC*, No. CV-14-456. The Clerk is directed to terminate this action administratively. Either party may move to reopen this action and remove the stay within 30 days after the Arkansas Supreme Court issues its mandate.

IT IS SO ORDERED this 4th day of November, 2014.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE