IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VINCENT E. CUMMINGS, for himself                                    PLAINTIFF
and all Arkansas residents similarly
situated

v.                              No. 4:14CV00540 JLH

UNIFUND CCR PARTNERS                                                DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the claims of Vincent E. Cummings are dismissed with prejudice.

IT IS SO ORDERED this 3rd day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE